**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOTER VERIFIED, INC.,**

      **Plaintiff,**

**-vs-**                                                         **Case No. 6:09-cv-1968-Orl-19KRS**

**PREMIER ELECTION SOLUTIONS, INC.,**
**DIEBOLD INCORPORATED,**

      **Defendants.**

_____

## ORDER

This case comes before the Court on the Motion to Strike Insufficient Defenses of Diebold, Incorporated by Voter Verified, Inc. (Doc. No. 30, filed Jan. 5, 2010.)

**Analysis**

On November 19, 2009, Voter Verified, Inc. ("VVI") filed the present action against Premier Election Solutions, Inc. ("PES") and Diebold Inc. ("Diebold"). (Doc. No. 1.) Diebold filed an untimely Answer and Counterclaim against VVI on December 16, 2009.[1] (Doc. No. 16.) VVI filed the present Motion to Strike Insufficient Defenses on January 5, 2010. (Doc. No. 30.) On April 22, 2010, the Court granted Diebold leave to file an amended answer and counterclaim, which Diebold filed the same day. (Doc. Nos. 102-03.) Accordingly, the Court will deny VVI's Motion to Strike Insufficient Defenses (Doc. No. 30) as moot in light of the Amended Answer and Counterclaim. (Doc. No. 103.)

---

[1] On January 7, 2010, Diebold filed a Motion to File Answer and Counterclaim out of Time (Doc. No. 31), which was granted on March 18, 2010. (Doc. No. 93).

**Conclusion**

Based on the foregoing, the Motion to Strike Insufficient Defenses of Diebold, Incorporated by Voter Verified, Inc. (Doc. No. 30, filed Jan. 5, 2010) is **DENIED as moot**. Voter Verified, Inc. is granted leave to file a second motion to strike in light of the Amended Answer and Counterclaim. (Doc. No. 103).

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2010.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties